Leslie ADJEPONG, Petitioner,

v.

Eric H. HOLDER, Jr.,[1] Attorney General of the United States, Respondent.

No. 08–1917.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 15, 2009.

Filed: Oct. 15, 2009.

Raymond Reza Bolourtchi, Cofman & Bolourtchi, Ladue, MO, for Petitioner.

Sada Manickam, Karen Yolanda Drummond, Richard M. Evans, Christina Bechak Parascandola, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Leslie Adjepong, a citizen of Ghana, seeks review of an order by the Board of Immigration Appeals dismissing his appeal from an immigration judge's decision holding Adjepong removable under both 8 U.S.C. § 1227(a)(1)(C)(i) and § 1227(a)(3)(D). Because Adjepong did not challenge his removability under § 1227(a)(1)(C)(i) in his appeal to the Board or in his brief to this court, we deny

1. Eric H. Holder, Jr. has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

the petition for review. *See* 8th Cir. R. 47B.